IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODERICK L. ROBINSON,

    Petitioner,

v.                                                       CASE NO. 1:09-cv-113-MMP-AK

WALTER A. McNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc.23, Respondent's second motion for extension of time to respond to the petition. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED.** Respondent shall filed his response no later than **February 3, 2010. Respondent is cautioned, however, that no further extensions of time shall be granted absent a showing of exigent circumstances beyond those occasioned by the State's continuing fiscal problems.** Petitioner may file a reply no later than **March 5, 2010**.

**DONE AND ORDERED** this __4th__ day of January, 2010.

                                                            _S/ A. KORNBLUM_
                                                            **ALLAN KORNBLUM**
                                                             **UNITED STATES MAGISTRATE JUDGE**