IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODERICK L. ROBINSON,

    Petitioner,

v.                                         CASE NO. 1:09-cv-00113-MP-AK

WALTER McNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 28, Petitioner's Notice of Inquiry in which Petitioner requests information regarding the status of this case, in particular the status of Respondent's response. Respondent filed a motion to dismiss the Petition as untimely, Doc. 25, on January 12, 2010. Although the motion reflects that Petitioner was served with a copy, Petitioner has not responded to the motion and Petitioner's pending inquiry suggests that he may not have received a copy of the motion. Out of an abundance of caution, the Court will provide Petitioner with a copy of the motion and an opportunity to respond. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Clerk shall forward a copy of the docket sheet and a copy of Respondent's motion to dismiss, Doc. 25, to Petitioner.

2. Petitioner shall have until **April 28, 2010,** to respond to the motion to dismiss, following which the motion will be taken under advisement by the Court.

**DONE AND ORDERED** this _31st_ day of March, 2010



                                          Maurice M. Paul, Senior District Judge